# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149571

KIM L. VICTOR,
　　　　　　Plaintiff-Appellant,

v

THIRTY-FOURTH CIRCUIT COURT and
UNKNOWN FOIA COORDINATOR,
　　　　　　Defendants-Appellees.

SC:　149571
COA:　315094
Roscommon CC:　12-729922-CZ

_____/

　　　　On order of the Court, the application for leave to appeal the April 10, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2015



s0323

Clerk